UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 20 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Terrence Butchallati Blackman, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-1963 (UNA)
)
Allen *et al.*, )
)
Defendants. )
)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff has sued the Social Security Administration and a case worker for conduct unknown. The complaint consists mostly of scribble and cryptic statements, and a complaint "that is . . . rambling, disjointed, incoherent, or full of irrelevant and confusing material does not meet [Rule 8's] liberal pleading requirement." *T.M. v. D.C.*, 961 F. Supp. 2d 169, 174 (D.D.C. 2013). To the extent that plaintiff is seeking review of action taken by the Social Security Administration, he has failed either to identify a "final decision of the Commissioner of Social Security," 42 U.S.C. § 405(g), or to allege sufficient facts from which the Commissioner may reasonably identify the decision being challenged. Hence, this case will be dismissed without prejudice. A separate order accompanies this Memorandum Opinion.

Date: November 6th, 2017

_____
United States District Judge